■ In the Matter of MICHAEL P. MCDERMOTT, Petitioner, v TOWN BOARD OF TOWN OF PATTERSON et al., Respondents. [821 NYS2d 891]—Proceeding pursuant to CPLR article 78, inter alia, to review a determination of the respondent Town Board of the Town of Patterson dated December 14, 2005, which, upon remittal from this Court by decision and judgment dated March 23, 2005, imposed a penalty of one year suspension followed by 18 months' probation.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

This Court does not have subject matter jurisdiction (*see* CPLR 7804 [b]; 506 [b]) to entertain this proceeding. Miller, J.P., Krausman, Spolzino and Lifson, JJ., concur.